Seth L. Goldstein, S.B.N. 176882
2100 Garden Rd., Suite H-8
Monterey, CA 93940
Telephone: (831) 372-9511
Fax:         (831) 372-9611

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacia LANGLEY, David BENSON, Michael TURELLI, Personal Representative of Max Benson, Laura KINSER, as an individual and as GAL for Dominic ZUCCOLOTTO, Melanie STARK, as an individual and as GAL for Magnus STARK, Cherilyn CALER, as individual and as GAL for James PERKINS,<br><br>            Plaintiffs,<br><br>vs.<br><br>GUIDING HANDS SCHOOL, Inc. (hereinafter "GHS"), Jennifer GALAS, Staranne MEYERS, Cindy KELLER, Jennifer CHRISTENSEN, Kimberly WOHLWEND, Betty MORGAN, Jill WATSON, Le'Mon THOMAS, David CHAMBERS, STATE OF CALIFORNIA, DEPARTMENT OF EDUCATION, YOLO COUNTY SELPA, DAVIS JOINT UNIFIED SCHOOLS, SACRAMENTO COUNTY SELPA, ELK GROVE UNIFIED SCHOOL DISTRICT, AMADOR COUNTY SELPA, AMADOR COUNTY UNIFIED SCHOOL DISTRICT<br>            Defendants. | Case No.: 2:19-cv-02265-MCE-DB<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i); ORDER** |

///

///

1

Now comes Plaintiffs' request to dismiss this action without prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: February 25, 2020

/s/ Seth L. Goldstein
Seth L. Goldstein
Attorney for Plaintiffs

**UPON THE REQUEST OF PLAINTIFFS**:

Pursuant to FRCP 41(a)(1)(A)(i), this action is hereby ordered DISMISSED without prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 25, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE